NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN HENRY BAILEY, JR.,                    )
                                           )
       Appellant,                          )
                                           )
v.                                         )    Case No. 2D20-987
                                           )
STATE OF FLORIDA,                          )
                                           )
       Appellee.                           )
_____)

Opinion filed September 9, 2020.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Susan St. John,
Judge.

John Henry Bailey, Jr., pro se.

PER CURIAM.

       Affirmed.

CASANUEVA, LaROSE, and SMITH, JJ., Concur.